IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM FRIEL and GRACE FRIEL, h/w** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NATIONWIDE MUTUAL** | : | |
| **INSURANCE COMPANY** | : | **NO. 17-3585** |

## ORDER

**NOW**, this 1st day of March, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.[1]

/s/TIMOTHY J. SAVAGE

---

[1] The Court retains jurisdiction to resolve all issues arising from any lien.